George B. South III
Daniel G. Egan
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel:  (212) 335-4500
Fax:  (212) 335-4501

*Counsel for GECMC 2007 C-1 Burnett Street, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HOTI ENTERPRISES, LP and | : | Lead Case No. 10-24129 (RDD) |
| HOTI REALTY MANAGEMENT CO., INC., | : | |
| | : | |
| Debtors. | : | |

-------------------------------------------------------------x

### GECMC 2007 C-1 BURNETT STREET, LLC'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

GECMC 2007 C-1 Burnett Street, LLC (the "Appellee") hereby designates, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the following additional items (including any and all exhibits attached thereto and filed therewith) to be included in the record in connection with the appeal of Victor Dedvukaj, Violeta Dedvukaj, Marash Dedvukaj, Gjelosh Dedvukaj, and Maruka Dedvukaj (collectively, the "Appellants") [Dkt. No. 218] from the Bench Ruling and Order Denying Motion For Relief From Cash Collateral Order, entered on May 16, 2012 [Dkt. No. 210]:[1]

1.    Motion to Approve Use of Cash Collateral and to Provide Adequate Protection Therefor, filed on November 17, 2010 [Dkt. No. 35].

2.    Stipulation and Order Consenting to Use of Cash Collateral and Granting Adequate Protection to GECMC 2007 C-1 Burnett Street, LLC, entered on December 22, 2010 [Dkt. No. 43].

---

[1]    Unless otherwise indicated, all references herein to "Dkt. No." are to the docket maintained for Case No. 10-24129 (RDD).

3.      Transcript of Hearing Held on November 22, 2010 [Dkt. No. 52].

4.      Motion of GECMC 2007 C-1 Burnett Street, LLC for an Order (A) Finding the Debtors and Victor Dedvukaj in Contempt of Court, (B) Compelling Compliance with the Cash Collateral Order, and (C) Imposing Sanctions, filed on March 24, 2011 [Dkt. No. 73].

5.      Transcript of Hearing Held on January 13, 2011 [Dkt. No. 75].

6.      Transcript of Hearing Held on December 20, 2010 [Dkt. No. 76].

7.      Order Granting Motion (A) Finding Hoti Enterprises, LP, Hoti Realty Management Co., Inc. and Victor Dedvukaj in Contempt of Court, (B) Compelling Compliance with the Cash Collateral Order, and (C) Imposing Sanctions, entered on April 14, 2011 [Dkt. No. 84].

8.      Transcript of Hearing Held on April 11, 2011 [Dkt. No. 90].

9.      Declaration of Victor Dedvukaj (A) in Opposition to GECMC 2007 C-1 Burnett Street, LLC in Seeking Entry for an Order to (1) Sustaining its Objections (2) Denying the Motion of Victor Dedvukaj to Remove Sanctions Against Debtor (I) Objection of GECMC 2007 C-1 Burnett Street, LLC as a Creditor (II) Objection to Finding Victor Dedvukaj in Contempt of Court (III) Imposing Sanctions Against DLA Piper LLP (IV) Objection to Removing Tanya Dwyer as my Lawyer (3) Granting Such Other and Further Relief as Just and Proper (B) Application in Support of an Order Granting Commencement of an Adversary Proceeding in Accordance with Bankruptcy Rule 7001(2) Objecting to GECMC 2007 C-1 Burnett Street, LLC Secured Claims and to Provide Adequate Protection Therefor, filed on October 31, 2011 [Dkt. No. 31 in Case No. 10-24130].

10.     Proof of Claim filed by GECMC 2007 C-1 Burnett Street, LLC, Claim No. 8-1 on the Claims Register Maintained in Case No. 10-24129.

11.     Proof of Claim filed by GECMC 2007 C-1 Burnett Street, LLC, Claim No. 9-1 on the Claims Register Maintained in Case No. 10-24129.

Appellee expressly reserves its right to amend and/or supplement this designation and to object, or otherwise supplement or move to strike or modify, some or all of the statement of issues and items designated by the Appellants to be included in the record on appeal.

Dated:   June 26, 2012
      New York, New York

                                **DLA PIPER LLP (US)**

                                /s/     George B. South III
                                George B. South III
                                Daniel G. Egan
                                1251 Avenue of the Americas
                                New York, New York 10020-1104
                                Tel:    (212) 835-6000
                                Fax:    (212) 835-6001

                                *Counsel for GECMC 2007 C-1 Burnett Street, LLC*