George B. South III
Daniel G. Egan
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501

*Counsel for GECMC 2007 C-1 Burnett Street, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HOTI ENTERPRISES, LP and | : | Lead Case No. 10-24129 (RDD) |
| HOTI REALTY MANAGEMENT CO., INC., | : | |
| | : | |
| Debtors. | : | |

----------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| HOTI ENTERPRISES, LP and | : | |
| HOTI REALTY MANAGEMENT CO., INC., | : | Case No. 12-cv-05341-CS |
| | : | |
| Appellants, | : | |
| | : | |
| - against - | : | |
| | : | |
| GECMC 2007 C-1 BURNETT STREET, LLC, | : | |
| | : | |
| Appellee. | : | |
| | : | |

----------------------------------------------------------x

**GECMC 2007 C-1 BURNETT STREET, LLC'S SUPPLEMENT TO DESIGNATION
OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

On June 26, 2012, GECMC 2007 C-1 Burnett Street, LLC (the "Appellee") filed its Designation of Additional Items to be Included in the Record on Appeal [Dkt. No. 249] (the "Counterdesignation"). GECMC hereby supplements the Counterdesignation and designates, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the following additional items (including any and all exhibits attached thereto and filed therewith) to be included in the

record in connection with the appeal of Victor Dedvukaj, Violeta Dedvukaj, Marash Dedvukaj, Gjelosh Dedvukaj, and Maruka Dedvukaj (collectively, the "Appellants") [Dkt. No. 218] from the Bench Ruling and Order Denying Motion For Relief From Cash Collateral Order, entered on May 16, 2012 [Dkt. No. 210]:[1]

12. Motion to Reconsider and Clarify, Under Fed. R. Civ. P. 60(b), as Applicable by Fed. R. Bankr. P. 9024, (A) the Order Granting Relief from the Automatic Stay and (B) the Servicer's Role with Regard to GECMC 2007 C-1 Burnett Street, LLC in These Proceedings, filed on February 23, 2011 [Dkt. No. 65].

13. Objection of GECMC 2007 C-1 Burnett Street, LLC to Debtors' Motion to Reconsider and Clarify, Under Fed. R. Civ. P. 60(b), as Applicable by Fed. R. Bankr. P. 9024, (A) the Order Granting Relief from the Automatic Stay and (B) the Servicer's Role with Regard to GECMC 2007 C-1 Burnett Street, LLC in These Proceedings, filed on March 9, 2011 [Dkt. No. 67].

14. Order Denying Debtors' Motion for Relief from Order, entered on April 19, 2011 [Dkt. No. 85].

15. Third Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, LP and Hoti Realty Management Co., Inc., filed on June 12, 2012 [Dkt. No. 227].[2]

16. Findings of Fact, Conclusions of Law, and Order Confirming the Third Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, LP and Hoti Realty Management Co., Inc., entered on June 19, 2012 [Dkt. No. 243].

17. Transcript of Hearing Held on June 14, 2012 [Dkt. Nos. 244 and 281].

18. Declaration of Steven Altman in Support of Objection of GECMC 2007 C-1 Burnett Street, LLC to Debtors' Motion for Reconsideration of Order Confirming Plan of Reorganization, or in the Alternative, for a Stay Pending Appeal, filed on July 11, 2012 [Dkt. No. 273].

19. Stipulation and Order with Respect to the Transfer of Funds Held by Receiver in Accordance with the Chapter 11 Plan and Confirmation Order [Dkt. No. 275].

---

[1] Unless otherwise indicated, all references herein to "Dkt. No." are to the docket maintained for Case No. 10-24129 (RDD).

[2] The Counterdesignation designates items 1-11 to be included in the record on appeal.

Appellee expressly reserves its right to amend and/or further supplement the Counterdesignation.

Dated: August 17, 2012
       New York, New York

**DLA PIPER LLP (US)**

/s/    George B. South III
George B. South III
Daniel G. Egan
1251 Avenue of the Americas
New York, New York 10020-1104
Tel:   (212) 835-6000
Fax:  (212) 835-6001

*Counsel for GECMC 2007 C-1 Burnett Street, LLC*